Youssef H. Hammoud (SBN: 321934)
**HAMMOUD LAW, P.C.**
206 W. 4th St., 3rd Floor
Santa Ana, CA 92701
T: (949) 301-9692
F: (949) 301-9693
E: yh@lawhammoud.com

*Attorneys for Plaintiff,*
*Al-Aqeelah International Real Estate Company*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL-AQEELAH INTERNATIONAL REAL ESTATE COMPANY, a foreign corporation<br><br>Plaintiff,<br><br>v.<br><br>DACA-CASTAIC, LLC, a California Limited liability company, and TAPIA CANYON MANAGEMENT, LLC, a California limited liability company,<br><br>Defendants. | **Case No. 2:21-CV-02141-JVS-JEM**<br><br>**NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT TAPIA CANYON MANAGEMENT, LLC**<br><br>*[Filed concurrently with the Memorandum of Law, Exhibit 1, Declaration of Youssef H. Hammoud, and [Proposed] Order Granting Default Judgment]*<br><br>**Judge: Hon. James V. Selna**<br>**Courtroom: 10-C**<br>**Hearing Date: July 26, 2021**<br>**Time: 1:30 PM**<br><br>**Complaint Filed: March 09, 2021** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 26, 2021 at 1:30 PM or as soon thereafter as the matter may be heard in the courtroom of the Honorable James L. Selna of the above-titled court, located at Courtroom 10C, 10th Floor of the Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth ST., Santa Ana, CA 92701, Plaintiff Al-Aqeelah International Real Estate Company will and hereby does move for an Order for

NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT
- 1 -

Entry of Default Judgement against Defendant Tapia Canyon Management, LLC ("Defendant") Plaintiff brings this motion on the grounds that Defendant failed to answer or otherwise defend against the Complaint filed in this action. *Doc. 01*.

This motion is made pursuant to Federal Rules of Civil Procedure 55 and Local Civil Rules 55-1 through 55-3, and is based upon this Notice of Motion, the concurrently-filed Memorandum of Law and Declaration of Youssef H. Hammoud, the files and records in this case, and upon such further argument and evidence as may be presented to the Court at the hearing on this matter.

Respectfully submitted this 28th day of June 2021.

By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud (SBN: 321934)
**HAMMOUD LAW, P.C.**
206 W. 4th St., 3rd Floor
Santa Ana, CA 92701
T: (949) 301-9692
F: (949) 301-9693
E: yh@lawhammoud.com

*Attorneys for Plaintiff,*
*Al-Aqeelah International Real Estate Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Youssef H. Hammoud*