JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES CLOSING

Case No   CV 21-02141JVS(JEMx)                    Date: August 5, 2021

Title: Al Aqeelah International Real Estate v DACA Castaic, LLC, et al

Present   JAMES V. SELNA, United States District Court Judge

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys for Plaintiff                                Attorneys for Defendant

Not Present                                            Not Present

Proceedings:        ☐ In Court       X In Chambers       ☐ Counsel Notified

☐     Case previously closed in error.  Make JS-5.

X     Case should have been closed on docket entry #36 on 8/2/21.  Make JS-6.

☐     Case settled but may be reopened if settlement is not finalized within     days.  Make JS-6.

☐     Other:                      .

☐     Entered                           .

CV-74 (08/97)                                          Initials by Deputy Clerk    lmb